# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 13-1588

———————————————

John Burche

*Appellant*

v.

Carolyn W. Colvin, Commissioner of Social Security

*Appellee*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Davenport

——————————

Submitted: July 4, 2013
Filed: July 9, 2013
[Unpublished]

——————————

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

John Burche appeals the district court's[1] dismissal of his pro se action for lack of subject matter jurisdiction. Having carefully reviewed the record and considered

———————————————

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

Mr. Burche's arguments for reversal, we agree with the district court's reasons for concluding that subject matter jurisdiction was lacking.  See Riley v. United States, 486 F.3d 1030, 1031 (8th Cir. 2007) (de novo review).  The district court also did not err in denying the various motions that Mr. Burche filed prior to entry of judgment. Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.  We also deny as moot Mr. Burche's pending motions in this court.

_____